**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Karen Berger<br>　　　Plaintiff | |
| 　　　　V. | CIVIL ACTION |
| Northland Group, Inc.<br>Defendant | NO. 1:11-cv-12007-JLT |

**ORDER OF DISMISSAL**

TAURO, D. J.

In accordance with the Court's Memorandum and Order dated August 23, 2012, granting Defendant's Motion to Dismiss, it is hereby ORDERED that the above-entitled action be and hereby is Dismissed.

　　　　　　　　　　　　　　　　　　　　　　By the Court,

8/23/2012　　　　　　　　　　　　　　　　/s/ C. Geraldino-Karasek
Date　　　　　　　　　　　　　　　　　　Deputy Clerk